IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

IRENE WILKES,

        Plaintiff,

v.                                CIVIL ACTION NO.   5:17-cv-03606

WEST VIRGINIA STATE POLICE,

        Defendant.

**JUDGMENT ORDER**

    Pursuant to the Court's *Memorandum Opinion and Order* (Document 68) granting the Defendant's motion for summary judgment, the Court **ORDERS** that judgment be entered accordingly and that this matter be **DISMISSED** and **STRICKEN** from the Court's docket. The Court further **ORDERS** that any remaining motions be **TERMINATED AS MOOT**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                              ENTER:        August 3, 2018

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA